UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AIDA VEGA

        Plaintiff,

v.                                          Case No:   2:14-cv-298-FtM-38CM

CIRCLE K STORES INC.,

        Defendant.
_____/

### **ORDER**[1]

This matter is before the Court on review of the file. On January 12, 2015, Defendant Circle K Stores, Inc. filed a Motion to Stay Proceedings (Doc. #26), which Plaintiff Aida Vega opposed (Doc. #27). Since then, Defendant filed a Notice of Settlement. (Doc. #38). As the parties have settled this case, the Court denies Defendant's Motion to Stay Proceedings (Doc. #26) as moot.

Accordingly, it is now **ORDERED:**

Defendant Circle K Stores, Inc.'s Motion to Stay Proceedings (Doc. #26) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.